UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL MCWILLIAMS,

                    Plaintiff,

-against-                                  23 **CIVIL** 3414 (NSR)

## **JUDGMENT**

KRISTEN MONROE, ALLISON VENTIMILLA,
KELLEY THOMSEN, DANIELLE KWAK,
COURTLAND COUNTY, and ANTHONY
CHRISTIE,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 16, 2025, the Court has GRANTED each of the Defendants' motions to dismiss Plaintiff's claims. Specifically, the Court granted Defendants Kristen Monroe, Allison Veintimilla, Kelley Thomsen, Danielle Kwak, and Cortland County's motion to dismiss in its entirety and granted Defendant Anthony Christie's motion to dismiss in its entirety. Each of Plaintiff's eight causes of action are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       January 16, 2025

                                                     **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                           **BY:**      *K. Mango*

                                                     **Deputy Clerk**